UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHELLE OTEY,

                    Plaintiff,

          v.

WAL-MART STORES, INC.,

                    Defendant.

CASE NO. C05-949JLR

MINUTE ORDER

        The following minute order is made by the direction of the court, the Honorable James L. Robart:

        The motion of Gregory S. Zoro to withdraw as attorney for Plaintiff Michelle Otey (Dkt. # 9) is GRANTED, and Plaintiff is urged to retain substitute counsel without delay. The case will be completed on the existing schedule unless changed by court order.  If Plaintiff elects to proceed pro se, she will be responsible for complying with all court rules and orders.

        The clerk is directed to send copies of this minute order to all counsel of record and to Michelle Otey at 1613 Maple Lane, #D-5, Kent, WA 98031.

        Filed and entered this 10th day of August, 2005.

                                        BRUCE RIFKIN, Clerk


                                By       s/Mary Duett

                                        Deputy Clerk


MINUTE ORDER